| | | | |
|---|---|---|---|
| Com. v. Ibrahim [13] .. | 04/27/2016634 EAL (2016) | Denied | Pa.Super., 127 A.3d 819 |
| Com. v. Ivy ........ | 05/10/201614 EAL (2016) | Denied | Pa.Super., 135 A.3d 656 |
| Com. v. Jimenez [14] .. | 05/10/2016913 MAL (2015) | Denied | Pa.Super., 134 A.3d 477 |
| Com. v. Johnson.... | 04/20/2016915 MAL (2015) | Denied | Pa.Super., 134 A.3d 478 |
| Com. v. Johnson [15] .. | 05/11/201611 WAL (2016) | Denied | Pa.Super., 82 A.3d 1069 |
| Com. v. Kearns..... | 05/11/2016980 MAL (2015) | Denied | Pa.Super., 134 A.3d 490 |
| Com. v. Leach [16] .... | 05/10/20166 EAL (2016) | Denied | Pa.Super., 62 A.3d 467 |
| Com. v. Levenberg [17] | 05/18/2016658 EAL (2015) | Denied | Pa.Super., 134 A.3d 107 |
| Com. v. Lewis [18] .... | 04/27/2016681 EAL (2015) | Denied | Pa.Super., 133 A.3d 69 |
| Com. v. Lockhart [19] | 05/03/20168 MAL (2016) | Denied | Pa.Super., 135 A.3d 651 |
| Com. v. Long [20]..... | 05/10/201627 MAL (2016) | Denied | Pa.Super., 135 A.3d 660 |

13. Justice DONOHUE and WECHT did not participate in the consideration or decision of this matter.

14. Justice DONOHUE did not participate in the consideration or decision of this matter.

15. Justice DONOHUE did not participate in the consideration or decision of this matter.

16. Justice DONOHUE did not participate in the consideration or decision of this matter.

17. Justice DONOHUE did not participate in the consideration or decision of this matter.

18. Justice DONOHUE and WECHT did not participate in the consideration or decision of this matter.

19. Justice WECHT did not participate in the consideration or decision of this matter.

20. Justice WECHT did not participate in the consideration or decision of this matter.